No. 468. BENJAMIN F. BUSH, RECEIVER FOR THE MISSOURI PACIFIC RAILWAY COMPANY, *v.* ALBERT J. BRUNSWIG. On petition for a writ of certiorari to the Kansas City Court of Appeals of the State of Missouri. October 11, 1920. Petition dismissed with costs, on motion of counsel for petitioner. *Mr. Edward J. White* for petitioner. No appearance for respondent.

---

No. 554. SECOND NATIONAL BANK OF PARKERSBURG, WEST VIRGINIA, ET AL. *v.* UNITED STATES FIDELITY & GUARANTY COMPANY. Appeal from the Circuit Court of Appeals for the Fourth Circuit. October 11, 1920. Dismissed with costs, per stipulation. *Mr. V. B. Archer* for appellants. *Mr. B. M. Ambler* for appellee.

---

No. 50. ATLANTIC COAST ELECTRIC RAILWAY COMPANY *v.* BOARD OF PUBLIC UTILITY COMMISSIONERS OF THE STATE OF NEW JERSEY ET AL. Error to the Court of Errors and Appeals of the State of New Jersey. October 15, 1920. Dismissed with costs, pursuant to the nineteenth rule. *Mr. Robert H. McCarter* for plaintiff in error. *Mr. L. Edward Herrmann* for defendants in error.